FORM FOR USE IN APPLICATIONS

FOR HABEAS CORPUS UNDER 28 U.S.C. §2254

Malcolm M. Fomby
Name

RECEIVED
2005 DEC 12 A 9:31
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

194547
Prison Number

Easterling Correctional Facility 200 Wallace Dr.
Clio, AL. 36017
Place of Confinement

United States District Court _____ District of _____

Case No.   2:05cv1177-T
(To be supplied by Clerk of U. S. District Court)

Malcolm Muhammad Fomby                                    , PETITIONER
(Full name) (Include name under which you were convicted)

Gwendolyn Mosely                                          , RESPONDENT
(Name of Warden, Superintendent, Jailor, or authorized person
having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF   Alabama

_____, ADDITIONAL RESPONDENT.

    (if petitioner is attacking a judgment which imposed a sentence to be
served in the <u>future</u>, petitioner must fill in the name of the state where the
judgment was entered. If petitioner has a sentence to be served in the <u>future</u>
under a federal judgment which he wishes to attack, he should file a motion
under 28 U.S.C. §2255, in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN
STATE CUSTODY

INSTRUCTIONS--READ CAREFULLY

.(1) This petition must be legibly handwritten or typewritten and signed by the
    petitioner under penalty of perjury. Any false statement of a material
    fact may serve as the basis for prosecution and conviction for perjury.
    All questions must be answered concisely in the proper space on the form.

    The Judicial Conference of the United States has adopted, effective 1/1/83,
    the 8-1/2 x 11 inch paper size standard for use throughout the federal
    judiciary and directed the elimination of the use of legal size paper. All
    pleadings, etc. filed after 12/31/82 must be on 8-1/2 x 11 inch paper,
    otherwise we cannot accept them.

(2) Additional pages are not permitted except with respect to the <u>facts</u> which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed <u>in forma pauperis</u>, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed <u>in forma pauperis</u>, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, <u>the original and two copies* must be</u> mailed to the Clerk of the United States District Court whose address is
P. O. Box 711, Montgomery, Alabama 36101

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

  *If you are proceeding in forma pauperis, only the original petition needs to be filed with the Court.

PETITION

1. Name and location of court which entered the judgment of conviction under attack _ETOWAH County, 16th Judicial District Court_

2. Date of judgment of conviction _March 11th 1998_

3. Length of sentence _25 yrs_   Sentencing Judge _Roy. S. Moore_

4. Nature of offense or offenses for which you were convicted: _1 Count of Unlawful Distribution of A Controlled substance._

5. What was your plea? (check one)
   (a) Not guilty ( )
   (b) Guilty (✓) _Best interest plea._
   (c) Nolo contendere ( )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _I pled guilty to one Count & the other Count was baseless from the start so they Nolle Pross. it._

6. Kind of trial: (Check one)
   (a) Jury ( )
   (b) Judge only ( )

7. Did you testify at the trial? Yes ( )   No ( )

8. Did you appeal from the judgment of conviction? Yes ( )   No ( )

9. If you did appeal, answer the following:
   (a) Name of court _____
   (b) Result _____
   (c) Date of result _____
   If you filed a second appeal or filed a petition for certiorari in the Supreme Court, give details: _____
   _____
   _____
   _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? Yes (✓) No ( )

11. If your answer to 10 was "yes", give the following information:
    (a)(1) Name of court _Etowah County Circuit Court_
       (2) Nature of proceeding _Rule 32_
       (3) Grounds raised _Illegal Sentence._
       _____
       _____
       _____
       _____
       _____
       (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( ) No (✓)
       (5) Result _they say I've filed successive petitions_
       (6) Date of result _October 2005_
    (b) As to any second petition, application or motion give the same information:
       (1) Name of court _____
       (2) Nature of proceeding _____
       (3) Grounds raised _____
       _____
       _____
       _____
       _____
       _____
       (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( ) No (✓)
       (5) Result _____
       (6) Date of result _____

    (c) As to any third petition, application or motion, give the same information:
      (1) Name of Court _____
      (2) Nature of proceeding _____

      (3) Grounds raised_____
_____
_____
_____
_____
_____
_____

      (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( ) No ( )
      (5) Result_____
      (6) Date of result_____
    (d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:
      (1) First petition, etc.       Yes ( ) No ( )
      (2) Second petition, etc.    Yes ( ) No ( )
      (3) Third petition, etc.     Yes ( ) No ( )
    (e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _____
_____
_____
_____
_____
_____

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground.

    CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief. If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them. However, you should raise in this petition all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: _____

Supporting FACTS (tell your story briefly without citing cases or law): _____

SEE Brief
I Typed

B. Ground two: _____

Supporting FACTS (tell your story briefly without citing cases or law): _____

SEE Brief
I Typed

C. Ground three: _____

Supporting FACTS (tell your story briefly without citing cases or law): _____

*SEE Brief I Typed*

D. Ground four: _____

Supporting FACTS (tell your story briefly without citing cases of law): _____

*SEE Brief I Typed.*

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal state briefly what grounds were not so presented, and give your reasons for not presenting them: *I just found out that a Miscarriage of Justice can be looked at by Federal Courts. Because this is a Non Jurisdictional issue.*

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack? Yes ( ) No (✓)

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing *Marcus Reid.*
    (b) At arraignment and plea *Marcus Reid.*

(c) At trial _____

(d) At sentencing  MARCUS Reid. _____

(e) On appeal _____

(f) In any post-conviction proceeding  Marcus Reid. _____

(g) On appeal from any adverse ruling in a post-conviction proceeding: _____
_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ( )  No (✓)

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ( )  No (✓)
(a) If so, give name and location of court which imposed sentence to be served in the future: _____
_____
(b) And give date and length of sentence to be served in the future: _____
(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ( )  No ( )

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare ( or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on  12-18-05
                                                              (date)

_____
Signature of Petitioner

GROUND ONE: CONVICTION OBTAINED BY PLEA OF GUILTY WHICH WAS UNLAWFULLY INDUCED AND MADE INVOLUNTARILY.

The petitioner pled guilty to 25 years because he was in a position where he really couldn't win. Judge Roy S. Moore the former Alabama Supreme Court Justice told me if I didn't pleed guilty he was going to find me guilty even if the jury didn't and give me the maximum sentence and block any early release programs so I plead guilty because I knew he was being for real about what he said to me matter of a fact the sentencing colloquay will show that I was sentenced at 5:20 p.m., on March 11th. 1998. The Etowah County courthouse as well as most courthouses closes at 5:00 p.m., I was already at the courthouse before I went back to jail and the District Attorney wanted me back before the judge because I told them I wanted a trial by Jury and so after my conversation with Judge Moore I Pled guilty to it but I still tried to tell my side of the story but it's not in the record matter of a fact this is a very unusual case where the police did his home work out of trickery. Please see the colloquay it shows that i was cut off from talking.

GROUND TWO: CONVICTION OBTAINED BY USE OF COERCED CONFESSION
---

    The petitioner signed a statement. A Gadsden Police nameed Mark Harris told the petitioner if he signed the statement he would take me to jail because I was under interrogation even after I told him to talk with my attorney which I was denied. I signed the statement because it only said That I was paged by a person known to me as Randy. Mark Harris committed perjury and wrote everything ealse in it to make me guilty. My attorney then Marcus Reid brought this out in open court that Mark Harris has even done other folks this same exact way. But I believe that since I'm black and was young it didn't matter. Judge Roy S. Moore denied my Suppression. Even after My attorney stated he does this to people right in front of the D.A. ON 8-21-97 The transcript made at the probation revocation hearing is all this Honorable Court would need to read to let justice come to light. This transcript from the probation hearing is very important evidence that should free the petitioner and show he was framed by Mark Harris. This was a total Miscarriage of justice on part of Mark Harris that prosecutors was well aware of.

GROUND THREE: CONVICTION OBTAINED BY USE OF EVIDENCE OBTAINED PURSUANT TO AN UNLAWFUL ARREST, WHERE THE STATE HAS NOT PROVIDED A FULL AND FAIR HEARING ON THE MERITS OF THE FOURTH AMENDMENT CLAIM.

The petitioner filed a motion to suppress on the 21st. day of January 1998 but never had a hearing on it. There is a video tape that shows two people talking. The confidential informant was allegedly allowed to drive about seven to eight miles by himself from his house to give the narcotics some drugs. This tape will show that a transaction never occured, it was a set up to get him out of some trouble. The narcotic officer Mark Harris took money out of my pocket ran it off in front of me and stated "you know whats going on don't you". There were never any talk about drugs period and it's quoted for the record.

GROUND FOUR: CONVICTION OBTAINED BY A UNCONSTITUTIONAL FAILURE OF THE PROSECUTION TO DISCLOSE EVIDENCE FAVORABLE TO DEFENDANT.

On January 9th, 1998, petitioner filed for the state to produce certain files of Mark Harris cases which would have shown a pattern of misconduct which he was doing to people as myself. On the 28th day of January 1998, the state filed a motion to squash subpoena which shows a bias and prejudiced the petitioners defense. Marcus Reid then filed objections and request for hearings but none was ever held. that was on Febuary 3rd. 1998. these records are on file.