RECEIVED
2005 DEC 12 A 9:32
DEBRA P. HACKETT CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS

__Malcolm M. Fomby__
Plaintiff(s)

vs.

2:05cv1177-T

__STATE OF ALABAMA__
Defendant(s)

I, __Malcolm M. Fomby__, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?   YES ( )   NO (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.
   __N/A__
   __N/A__

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.
   __Steralite 2003 I can't remember the last day. Somewhere around Aug. or Sept.__

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment?   YES ( )   NO (✓)

   B. Rent payments, interest or dividends?   YES ( )   NO (✓)

   C. Pensions, annuities or life insurance payments?   YES ( )   NO (✓)

   D. Gifts or inheritances?   YES ( )   NO (✓)

   E. Any other sources?   YES ( )   NO (✓)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.
__N/A__

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.]   YES ( )   NO (✓)

   If the answer is YES, state the total value of the items owned.
   _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]? YES ( )   NO (✓)

   If the answer is YES, describe the property and state its approximate value.
   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support.   N/A
   _____
   _____
   _____

                                    _____
                                          Signature of Affiant

STATE OF ALABAMA     )
COUNTY OF_____  )

   Before me, a notary public in and for said County, in said State, personally appeared_____, whose name is signed to the foregoing complaint, who being first duly sworn, deposes on oath and says:

   That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

                                    _____
                                          Signature of Affiant

   Sworn to and subscribed before me this _____ day of _____, 19___.

                                    _____
                                          Notary Public

                                    _____County, Alabama

O R

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include <u>both</u> the total deposits made to the prisoner's account each and every month for the preceding six months <u>and</u> the average monthly balance in the account each and every month during the preceding six months. Information for **six full months** must be provided.

### CERTIFICATION

I hereby certify that prisoner __Malcolm Tomby - 194547__ has been incarcerated in this institution since __1·21·05__, 19___, and that he has the sum of $__17.41__ in his prison or jail trust account on this the __9th__ day of __November__, 19 __2005__ I further certify that the information provided below is true and correct.

| | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | _____ | $_____ | $_____ |
| Month 2 | _____ | $_____ | $_____ |
| Month 3 | _____ | $_____ | $_____ |
| Month 4 | __See attached__ | $_____ | $_____ |
| Month 5 | _____ | $_____ | $_____ |
| Month 6 | _____ | $_____ | $_____ |
| Current month (if less than full month) | _____ | $_____ | $_____ |

__Myra K. Peters Acct Clrk__
Signature of Authorized Officer of Institution

__Easterling C.F.__
Name of Institution

4

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
EASTERLING CORR FACILITY

AIS #: 194547      NAME: FOMBY, MALCOLM MUHAMMAD        AS OF: 11/09/2005

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| NOV | 21 | $0.00 | $0.00 |
| DEC | 31 | $0.00 | $0.00 |
| JAN | 31 | $4.65 | $144.41 |
| FEB | 28 | $78.11 | $230.00 |
| MAR | 31 | $54.26 | $150.00 |
| APR | 30 | $59.26 | $100.00 |
| MAY | 31 | $60.29 | $150.00 |
| JUN | 30 | $38.71 | $100.00 |
| JUL | 31 | *?1.08 | $0.00 |
| AUG | 31 | $49.30 | $100.00 |
| SEP | 30 | $36.99 | $150.00 |
| OCT | 31 | $37.77 | $50.00 |
| NOV | 9 | $27.16 | $0.00 |