| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  S. Brown    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): S. BROWN   C. Date of Delivery: 1/4/06 |
| 1. Article Addressed to:<br><br>Office of the Clerk<br>United States District Court<br>Northern District of Alabama<br>1729 Fifth Ave., North<br>Birmingham, AL  35203<br><br>Transferred file 05-1177 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7004 2510 0001 0150 4385 | |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540